IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CIVIL ACTION |
| JOSEPH A. STRAUB, | : | NO. 14-6544 |
| Debtor. | : | |
| | : | |

### ORDER

AND NOW, this 13th day of July, 2015, upon consideration of the Appellant's Certificate of Appeal from the Order of the Bankruptcy Judge dated June 3, 2014 by the Honorable Richard E. Fehling, (Dkt. No. 1), Appellant's Brief, (Dkt. No. 4), Appellant's Statement of Issues, (Dkt No. 7), and Appellees' Brief (Dkt. No. 12), it is hereby ORDERED that said Appeal is DISMISSED pursuant to the accompanying memorandum of law:

1. The Order of the Honorable Richard E. Fehling, dated June 3, 2014, is AFFIRMED;

2. The Clerk of Court is DIRECTED to close this case for statistical and all purposes.

BY THE COURT:

/s/ C. Darnell Jones, II

_____
C. DARNELL JONES, II          J.